1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  801 I Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant

**FILED**

JUL 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                ) No. 2:08 CR 376 EJG
                                         )
                Plaintiff,               )
                                         ) WAIVER OF DEFENDANT'S PRESENCE
        v.                               )
                                         ) As mod. filed
   William E. Baker                      )
                                         ) & Order
                Defendant.               )
_____)

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, William E. Baker, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, TCH, plea, impanelment of jury, trial, and imposition of sentence.   EJT

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that

1   defendant's interests will be deemed represented at all times by the
2   presence of the defendant's attorney, the same as if the defendant were
3   personally present; and further agrees to be present in court ready for
4   trial any day and hour the Court may fix in the defendant's absence.
5       The defendant further acknowledges being informed of the rights
6   under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes
7   the defendant's attorney to set times and dates under that Act without
8   the defendant's personal presence.
9       The original signed copy of this waiver is being preserved by the
10  attorney undersigned.
11  Dated: 7/1/2010

                                    _____
                                    Defendant
                                    (Original retained by attorney)

15      I agree and consent to my client's waiver of appearance.
16  Dated: 7/1/2010

                                    _____
                                    Assistant Federal Defender
                                    Attorney for Defendant

21  IT IS SO ORDERED.
22  Dated:   7/12/10

                                    _____
                                    United States District Court

Waiver of Appearance                -2-