OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

**FILED**

**OCT 13 2011**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DATE: October 12, 2011

TO: Colleen Lydon, Courtroom Clerk to
Honorable Edward J. Garcia

FROM: Douglas Beevers, Assistant Federal Defender

SUBJECT: USA v. William Baker, Cr-S-08-0376 EJG
Continuance of Judgment and Sentencing

---

Please continue the **Judgment and Sentencing** in this case from November 18, 2011 to **January 27, 2012 at 10:00a.m.** The continuance is needed to allow the defense counsel additional time to obtain and review the complex medical history of the defendant.

The new schedule of disclosure is as follows:

|  | OLD DATE | NEW DATE |
|---|---|---|
| Proposed Pre-sentence Report: | 10/07/2011 | 12/16/2012 |
| Written Objections: | 10/21/2011 | 12/30/2012 |
| Pre-Sentence Report: | 10/28/2011 | 01/06/2012 |
| Motion for Correction: | 11/04/2011 | 01/13/2012 |
| Reply/ Non-Opposition: | 11/11/2011 | 01/20/2012 |
| Judgment and Sentencing: | 11/18/2011 @ 10:00am | 01/27/2012 @ 10:00am |

The Government, AUSA Russell Carlberg and the United States Probation Officer, Hugo Ortiz, have no objections to this continuance.

**IT IS SO ORDERED**

_[signature]_

10/13/11