UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM + Order

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                        RE: William E. Baker
                            Docket Number: 2:08CR00376-02
                            <u>**CONTINUANCE OF JUDGMENT**</u>
                            <u>**AND SENTENCING**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from January 27, 2012, to March 9, 2012, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to workload demands, the probation officer needs more time to complete the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                            Respectfully submitted,

                            HUGO ORTIZ
                       **Supervising United States Probation Officer**

Dated:     January 3, 2012
                Sacramento, California

**FILED**

Attachment

**JAN 5 2012**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

**RE: William E. Baker
Docket Number: 2:08CR00376-02
<u>CONTINUANCE OF JUDGMENT AND SENTENCING</u>**

cc: Clerk, United States District Court
Russell L. Carlberg, United States Attorney's Office
United States Marshals Service
Douglas J. Beevers, Defense Counsel
Probation Office calendar clerk

✓ **Approved**

_____   1/5/12
**EDWARD J. GARCIA
Senior United States District Judge    Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:08CR00376-02 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| William E. Baker | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 03/09/2012, 10:00 a.m |
| Reply, or Statement of Non-Opposition: | 03/02/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 02/24/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 02/17/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 02/10/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 01/27/2012 |